PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

KENNETH A. POLITE, JR.
Assistant Attorney General
Criminal Division, U.S. Department of Justice

LOUISA K. MARION
Senior Counsel
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
John C. Keeney Bldg., Suite 600
Washington, DC 20530-0001
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA ALESSANDRINI and<br>EVAN HAYES,<br><br>Defendant. | 2:19-CR-00080-KJM<br><br>FINAL ORDER OF FORFEITURE |

On or about March 4, 2021 and August 17, 2021, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), based upon the plea agreements entered into between plaintiff and defendants Andrea Alessandrini and Evan Hayes forfeiting to the United States the following property:

    a.    Approximately $134,881.00 in U.S. Currency, plus all accrued interest,

      b.     Approximately 14.78206831 Bitcoins seized from Evan Hayes and moved to secure government-controlled Bitcoin address: 1PLJ7xnTGLbBGyAS31HeDbaEXTZPAnXDd,
      c.     Approximately 285 ounces of silver (12 silver bars, 75 silver coins)
      d.     Approximately 4 ounces of gold (4 gold coins), and
      e.     Approximately 22 prepaid Visa/gift cards.

Beginning on March 6, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Andrea Alessandrini on the official internet government forfeiture site www.forfeiture.gov.  Beginning on August 19, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Evan Hayes on the official internet government forfeiture site www.forfeiture.gov.  Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

      a.     Jennifer Drakulich:  A notice letter was sent via certified mail to Jennifer Drakulich at 3680 Big Tree Road Apt. 6, Hamburg, NY 14075-1256 on September 3, 2021.  The envelope was returned as "unclaimed" on September 27, 2021.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), including all right, title, and interest of Andrea Alessandrini, Evan Hayes, and Jennifer Drakulich.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 14th day of September, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE